# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Andrea Wilkinson**

    vs.                  **CASE NUMBER: 5:09-CV-377 (NAM)**

**Assaf & Mackenzie, PLLC**


**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That respondent's Motions to Dismiss are granted and the Appeal herein is Dismissed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 21st day of September, 2009.

DATED: September 22, 2009

*[signature]*
Clerk of Court

Joanne Bleskoski
Deputy Clerk